FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT -3 PM 4: 13

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAKYIA SKINNER #405902            CIVIL ACTION

VERSUS            NO. 04-2614

BURL CAIN WARDEN            SECTION "C" (1)

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s):

Petitioner has not made a substantial showing of the denial of a constitutional right.

Date: 10/3/05

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No._____